LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (State Bar No. 52957)
268 Bush St., #4500
San Francisco, California 94104
Telephone: (415) 901-0500, Facsimile: (415) 901-0504
chandler@visherlaw.com

Attorney for plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER N. VISHER and INHERITANCE LOAN COMPANY, a California joint venture partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK J. ROSE and INHERITANCE LOAN, LLC., a Puerto Rican LLC,<br><br>Defendants. | No. 3:18-cv-02472-SK<br><br>**MODIFIED ORDER RE PLAINTIFFS' MOTION FOR SUPPLEMENTAL EXPEDITED DISCOVERY ORDER**<br><br>Regarding Docket No. 16 |

The Court is in receipt of the supplemental discovery motion filed by Plaintiffs Christopher N. Visher and Inheritance Loan Company (collectively "Plaintiffs"). (Dkt. 16.) The Court treats this motion as an *ex parte* administrative motion pursuant to Civil Local Rule 7-10. The motion is appropriate for decision without oral argument in accordance with Civil Local Rule 7-1(b). Therefore, the hearing scheduled for Monday, January 21, 2019 at 9:30 a.m., is VACATED.

Having reviewed Plaintiffs' motion and good cause appearing, the motion is GRANTED IN-PART, as follows:

1. Plaintiffs may seek information from telephone carrier AT&T Inc., dba AT&T Communications, for the name and billing address for the subscriber assigned telephone number 415-793-2882. The Court DENIES Plaintiff's request for the subscriber's credit

card number used for payment of service charges. To pursue this information, **Plaintiff shall submit a proposed order for the Court's signature entitled "Order Granting Plaintiffs' Motion for Leave to Take Immediate Discovery" for service on AT&T that is in compliance with this order, that is substantially similar to the form found at Exhibit B to the Declaration of S. Chandler Visher for the Court's signature**

2. Plaintiffs may serve immediate discovery on Comcast Cable Communications, LLC ("Comcast") to obtain the identity and address of the subscriber assigned telephone number 510-735-9846. To pursue this information, **Plaintiff shall submit a proposed order for the Court's signature entitled "Order Granting Plaintiffs' Motion for Leave to Take Immediate Discovery" for service on Comcast that is in compliance with this order, that is substantially similar to the form found at Exhibit B to the Declaration of S. Chandler Visher for the Court's signature.**

3. Plaintiffs may serve immediate discovery on the California Department of Motor Vehicles ("DMV") to obtain the registered owner address of any vehicle currently registered under the name of Erik J. Rose; and for the address of Erik J. Rose, California Drivers License number C0638398. To pursue this information, **Plaintiff shall submit a proposed order for the Court's signature entitled "Order Granting Plaintiffs' Motion for Leave to Take Immediate Discovery" for service on DMV that is in compliance with this order, that is substantially similar to the form found at Exhibit B to the Declaration of S. Chandler Visher for the Court's signature, however, excluding the notice provisions which are in applicable to the DMV.**

**IT IS SO ORDERED.**

Date: December 20, 2018

_____
Sallie Kim, Magistrate Judge

2