LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (State Bar No. 52957)
268 Bush St., #4500
San Francisco, California 94104
Telephone: (415) 901-0500, Facsimile: (415) 901-0504
chandler@visherlaw.com

Attorney for plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER N. VISHER and INHERITANCE LOAN COMPANY, a California joint venture partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK J. ROSE and INHERITANCE LOAN, LLC., a Puerto Rican LLC,<br><br>Defendants. | No. 3:18-cv-02472-SK<br><br>**PLAINTIFFS' REVISED FORMS OF ORDER PER COURT ORDER DKT. 17**<br><br>Case filed: April 25, 2018<br><br>Courtroom: C, 15th Fl.<br>Hon. Sallie Kim |

The Court's Modified Order re Plaintiffs' Motion for Supplemental Expedited Discovery Order, Dkt. 17 ("Supplemental Order"), requested plaintiffs to submit forms of immediate discovery orders in compliance with the Supplement Order. Attached hereto are:

1. A proposed form of order in compliance with the Supplemental Order for a subpoena to AT&T, attached hereto as Exhibit A.
2. A proposed form of order in compliance with the Supplemental Order for a subpoena to Comcast, attached hereto as Exhibit B.

3. A proposed form of order in compliance with the Supplemental Order for a subpoena to the DMV, attached hereto as Exhibit C.

Date: January 7, 2019

                              LAW OFFICES OF S. CHANDLER VISHER

                              By:   s/ S. Chandler Visher
                              S. Chandler Visher, Attorney for plaintiffs

LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (State Bar No. 52957)
268 Bush St., #4500
San Francisco, California 94104
Telephone: (415) 901-0500, Facsimile: (415) 901-0504
chandler@visherlaw.com

Attorney for plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER N. VISHER and INHERITANCE LOAN COMPANY, a California joint venture partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK J. ROSE and INHERITANCE LOAN, LLC., a Puerto Rican LLC,<br><br>Defendants. | No. 3:18-cv-02472-SK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY: AT&T**<br><br>Case filed: April 25, 2018<br>Courtroom: C, 15th Fl.<br>Hon. Sallie Kim |

Good cause appearing therefore, as required by Rules of Federal Procedure Rule 26(d)(1), PLAINTIFFS' MOTION FOR SUPPLEMENTAL EXPEDITED DISCOVERY re: AT&T is **GRANTED.** It is hereby:

ORDERED that Plaintiffs may serve immediate discovery on AT&T, Inc., dba AT&T Communications and AT&T Wireless ("AT&T") to obtain the name and billing address of the subscriber assigned telephone number 415-793-2882 by serving a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure requesting subscriber information; provided, however, that said discovery shall be conditioned on: (a) AT&T having seven (7) calendar days after service of the subpoena to notify subscribers that their personal information is sought by

Plaintiffs; (b) each subscriber whose information is sought having twenty one (21) calendar days from the date of such AT&T notice to file any papers contesting the subpoena; and (c) payment to AT&T by Plaintiffs of all reasonable costs of: (i) compiling the requested information; (ii) providing pre-disclosure notifications to subscribers; and (iii) all other reasonable costs and fees incurred responding to discovery. AT&T may provide notice using any reasonable means, including but not limited to written notice sent to the subscriber's last known address, transmitted either by first class mail or via overnight service.

Date: _____

By the Court

_____
Sallie Kim, Magistrate Judge

LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (State Bar No. 52957)
268 Bush St., #4500
San Francisco, California 94104
Telephone: (415) 901-0500, Facsimile: (415) 901-0504
chandler@visherlaw.com

Attorney for plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER N. VISHER and INHERITANCE LOAN COMPANY, a California joint venture partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK J. ROSE and INHERITANCE LOAN, LLC., a Puerto Rican LLC,<br><br>Defendants. | No. 3:18-cv-02472-SK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY: COMCAST**<br><br>Case filed: April 25, 2018<br>Courtroom: C, 15th Fl.<br>Hon. Sallie Kim |

   Good cause appearing therefore, as required by Rules of Federal Procedure Rule 26(d)(1), PLAINTIFFS' MOTION FOR SUPPLEMENTAL EXPEDITED DISCOVERY re: Comcast is **GRANTED.**  It is hereby:

   ORDERED that Plaintiffs may serve immediate discovery on Comcast Cable Communications, LLC ("Comcast") to obtain the identity and address of the subscriber assigned telephone number 510-735-9846 by serving a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure requesting subscriber information; provided, however, that said discovery shall be conditioned on: (a) Comcast having seven (7) calendar days after service of the subpoena to notify subscribers that their identity is sought by Plaintiffs; (b) each subscriber

whose identity is sought having twenty one (21) calendar days from the date of such Comcast notice to file any papers contesting the subpoena; and (c) payment to Comcast by Plaintiffs of all reasonable costs of: (i) compiling the requested information; (ii) providing pre-disclosure notifications to subscribers; and (iii) all other reasonable costs and fees incurred responding to discovery. Comcast may provide notice using any reasonable means, including but not limited to written notice sent to the subscriber's last known address, transmitted either by first class mail or via overnight service.

Date: _____

By the Court

_____
Sallie Kim, Magistrate Judge

LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (State Bar No. 52957)
268 Bush St., #4500
San Francisco, California 94104
Telephone: (415) 901-0500, Facsimile: (415) 901-0504
chandler@visherlaw.com

Attorney for plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER N. VISHER and INHERITANCE LOAN COMPANY, a California joint venture partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK J. ROSE and INHERITANCE LOAN, LLC., a Puerto Rican LLC,<br><br>Defendants. | No. 3:18-cv-02472-SK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY: DMV**<br><br>Case filed: April 25, 2018<br>Courtroom: C, 15th Fl.<br>Hon. Sallie Kim |

Good cause appearing therefore, as required by Rules of Federal Procedure Rule 26(d)(1), PLAINTIFFS' MOTION FOR SUPPLEMENTAL EXPEDITED DISCOVERY re: DMV is **GRANTED.** It is hereby:

ORDERED that Plaintiffs may serve immediate discovery on the California Department of Motor Vehicles ("DMV") to obtain the registered owner address of any vehicle currently registered under the name of Erik John Rose; and for the address of Erik John Rose, California Drivers License number C0638398. by serving a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure requesting this information; provided, however, that said discovery shall be conditioned on: (a) payment to DMV by Plaintiffs of all reasonable costs of: (i)

compiling the requested information and; (ii) all other reasonable costs and fees incurred responding to discovery.

Date: _____

By the Court

_____
Sallie Kim, Magistrate Judge