LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (State Bar No. 52957)
268 Bush St., #4500
San Francisco, California 94104
Telephone: (415) 901-0500, Facsimile: (415) 901-0504
chandler@visherlaw.com

Attorney for plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER N. VISHER and INHERITANCE LOAN COMPANY, a California joint venture partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK J. ROSE and INHERITANCE LOAN, LLC., a Puerto Rican LLC,<br><br>Defendants. | No. 3:18-cv-02472-SK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY: DMV**<br><br>Case filed: April 25, 2018<br>Courtroom: C, 15th Fl.<br>Hon. Sallie Kim |

Good cause appearing therefore, as required by Rules of Federal Procedure Rule 26(d)(1), PLAINTIFFS' MOTION FOR SUPPLEMENTAL EXPEDITED DISCOVERY re: DMV is **GRANTED.** It is hereby:

ORDERED that Plaintiffs may serve immediate discovery on the California Department of Motor Vehicles ("DMV") to obtain the registered owner address of any vehicle currently registered under the name of Erik John Rose; and for the address of Erik John Rose, California Driver's License number C0638398. by serving a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure requesting this information; provided, however, that said discovery shall be conditioned on: (a) payment to DMV by Plaintiffs of all reasonable costs of: (i)

compiling the requested information and; (ii) all other reasonable costs and fees incurred responding to discovery.

    IT IS FURTHER ORDERED THAT any subpoena issued pursuant to this order shall be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights as enumerated in the Complaint.

Date: January 7, 2019

_____
Sallie Kim, U.S. Magistrate Judge
U.S. District Court