LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (State Bar No. 52957)
268 Bush St., #4500
San Francisco, California 94104
Telephone: (415) 901-0500, Facsimile: (415) 901-0504
chandler@visherlaw.com

Attorney for plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER N. VISHER and INHERITANCE LOAN COMPANY, a California joint venture partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK J. ROSE and INHERITANCE LOAN, LLC., a Puerto Rican LLC,<br><br>Defendants. | No. 3:18-cv-02472-SK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY: AT&T**<br><br>Case filed: April 25, 2018<br>Courtroom: C, 15th Fl.<br>Hon. Sallie Kim |

Good cause appearing therefore, as required by Rules of Federal Procedure Rule 26(d)(1), PLAINTIFFS' MOTION FOR SUPPLEMENTAL EXPEDITED DISCOVERY re: AT&T is **GRANTED.** It is hereby:

ORDERED that Plaintiffs may serve immediate discovery on AT&T, Inc., dba AT&T Communications and AT&T Wireless ("AT&T") to obtain the name and billing address of the subscriber assigned telephone number 415-793-2882 by serving a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure requesting subscriber information; provided, however, that said discovery shall be conditioned on: (a) AT&T having seven (7) calendar days after service of the subpoena to notify subscribers that their personal information is sought by

Plaintiffs; (b) each subscriber whose information is sought having twenty one (21) calendar days from the date of such AT&T notice to file any papers contesting the subpoena; and (c) payment to AT&T by Plaintiffs of all reasonable costs of: (i) compiling the requested information; (ii) providing pre-disclosure notifications to subscribers; and (iii) all other reasonable costs and fees incurred responding to discovery. AT&T may provide notice using any reasonable means, including but not limited to written notice sent to the subscriber's last known address, transmitted either by first class mail or via overnight service.

   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the subpoena issued under Rule 45 of the Federal Rules of Civil Procedure may be used by Plaintiffs' solely for the purpose of protecting Plaintiffs' rights as enumerated in the Complaint.

   It IS FURTHER ORDERED THAT any subpoena issued pursuant to this order shall be deemed an appropriate court order under 47 U.S.C. § 551.

   IT IS FURTHER ORDERED THAT good faith attempts by AT&T to notify the subscriber(s) shall constitute compliance with this order.

Date: January 7, 2019

_____
Sallie Kim, U.S. Magistrate Judge
U.S. District Court