UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER N. VISHER and INHERITANCE LOAN COMPANY, a California joint venture partnership,**<br><br>Plaintiff(s)<br><br>v.<br><br>ERIK J. ROSE, et al.,<br><br>Defendant(s) | 18-cv-02472-WHO<br><br><br>**WRIT OF EXECUTION** |

**TO:** **THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law against the property described in the attached Exhibit A.

On August 26, 2019 a judgment was entered in the above-entitled action in favor of:

**CHRISTOPHER N. VISHER and INHERITANCE LOAN COMPANY,**

as Judgment Creditors and against:

ERIK J. ROSE

as Judgment Debtor, for:

$ __639,008__    Principal,
$ _____    Attorney Fees,
$ _____    Interest **, and
$ _____    Costs, making a total amount of
$ __639,008__    **JUDGMENT AS ENTERED**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the Northern District of California**, to wit:

    $ 31,637    accrued interest, and
    $ 978    accrued costs, making a total of
    $32,615    **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $16,500 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

    $655,123    **ACTUALLY DUE** on the date of the issuance of this writ of which
    $639,008    Is due on the judgment as entered and bears interest at 2.07 percent per annum, in the amount of $36.24 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT
Mark B. Busby

Dated: 1/28/2022

By: *Susie F. Barrera*
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Erik J. Rose
Nevada Treasure RV Resort
 301 W LESLIE ST,  #18
 PAHRUMP NV  89060
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

```
                          CONTRA COSTA Co Recorder Office
                          DEBORAH COOPER, Clerk-Recorder
Prepared By:              DOC- 2020-0003715-00
Mr. Erik J. Rose
301 W Leslie St., Box 18  Check Number
Pahrump, Nevada 89060     Wednesday, JAN 08, 2020 15:10:59
                          MAR $177.10|MOD  $6.00|REC  $16.00
After Recording Return To: FTC  $5.00|DAF  $2.70|REF  $0.30
Mr. Erik J. Rose          RED  $1.00|ERD  $1.00|SB2  $0.00
301 W Leslie St., Box 18  Ttl Pd $209.10  Nbr-0003671722   AAA / R3 / 1-6
Pahrump, Nevada 89060
                                       )  TAX PARCEL ID #: 161-250-012
```

PLEASE INDEX TIFFANY NEPHEW AS SOLE GRANTOR

# QUIT CLAIM DEED

DOCUMENTARY TAX FEE CALCULATED ON FULL VALUE OF ONE QUARTER [1/4] INTEREST
THE DOCUMENTARY TAX AMOUNT IS $177.10

**BE IT KNOWN BY ALL,** that Ms. Tiffany Nephew, *("Grantor")*, a single female **whose address is** 250 Lane Ave, Bay Point, California 94565, hereby **REMISES, RELEASES AND FOREVER QUITCLAIMS TO** Mr. Erik J. Rose *("Grantee")*, **whose address is** 301 W Leslie St., Box 18, Pahrump, Nevada 89060, all right, title, interest and claim to the following real estate property located at 4616 Pacheco Blvd in the City/Township of Martinez, located in the County of Contra Costa and State of California and ZIP code of 94553, to-wit:

PORTION OF THE RANCHO LAS JUNTAS, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WESTERLY LINE OF LOT "A" OF WHAT IS SOMETIME KNOWN AS THE VINE HILL HOMESTEAD TRACT, 150 FEET SOUTHERLY FROM THE INTERSECTION OF SAID LINE WITH THE CENTER LINE OF THE MAIN TRACK OF THE ATCHISON, TOPEKA AND SANTA FE RAILWAY (VALLEY DIVISION) AT OR NEAR ENGINEER'S STATION 267 PLUS 02 1THENCE FROM SAID POINT OF BEGINNING, ALONG SAID WESTERLY LINE, SOUTH 00 DEGREE 30' EAST 283 6 FEET, THENCE SOUTH 77 DEGREES30' EAST 496 32 FEET, THENCE SOUTH 53 DEGREES 45' EAST 495 66 FEET, THENCE SOUTH 14 DEGREE EAST, 330 5 FEET THENCE NORTHEASTERLY IN A DIRECT LINE TO THE MOST EASTERLY CORNER OF THE PARCEL OF LAND DESCRIBEDIN THE DEED FROM RALPH M. MORFORD, ET UX TO OREN S MCATEE ET UX DATED JULY 29, 1946 AND RECORDED AUGUST 5, 1946, IN BOOK 925 OF OFFICIAL RECORDS PAGE 195, SAID MOST EASTERLY CORNER BEING SOUTHERLY 150 FEET, MEASURED AT RIGHT ANGLES FROM SAID CENTER LINE OF SAID RAILROAD, THENCE WESTERLY ALONG A LINE PARALLEL WITH AND 150 FEET SOUTHERLY MEASURED AT RIGHT ANGLES FROM SAID CENTER LINE 1768 FEET TO THE POINT OF BEGINNING

EXCEPTING THEREFROM

1 THAT PORTION THEREOF LYING WITHIN THE 40 FEET IN WIDTH STRIP OF LAND DESCRIBED INTHE DEED FROM PACIFIC LAND IMPROVEMENT COMPANY TO S A LUKE DATED JULY 6, 1903 ARID RECORDED AUGUST 10, 1903 IN BOOK 98 OF DEEDS PAGE 622

2 THAT PORTION THEREOF LYING WITHIN A STRIP OF LAND AS DESCRIBED IN THE DEED FROM WILLARD WILLIAM MINTON AND IRENE J MINTON TO CLEMENT A VIANO AND SHARON A VIANO, DATED APRIL 18, 1980 AND RECORDED MAY 14, 1980 IN BOOK 9851 PAGE 858 OFFICIAL RECORDS

PARCEL TWO

THE RIGHT OF WAY GRANTED IN THE DEED FROM ROBERT HENDERSON ET UX TO CURTISS E KELLEY SR ET UX DATED FEBRUARY 16, 1950 AND RECORDED MARCH 3, 1950, IN BOOK 1515 OF OFFICIAL RECORDS PAGE 493, AS FOLLOWS "A RIGHT OF WAY (NOT TO BE EXCLUSIVE) AS ANAPPURTENANCE TO THE PARCEL OF LAND DESCRIBED IN THE DEED FROM OREN S MCATEE, ET AL TO FELIX M MCATEE ET UX DATED SEPTEMBER 6 1946 AND RECORDED SEPTEMBER 10 1946, IN BOOK 923 OF OFFICIAL RECORDS, PAGE 381 FOR THE INSTALLATION OPERATION AND MAINTENANCE OF A 3/4 INCH WATER LINE OVER A PORTION OF THE RANCHO LAS JUNTAS BEING A STRIP OF LAND 2 FEET IN WIDTH THE SOUTH LINE OF WHICH IS PARALLEL WITH AND 2 FEET SOUTHERLY MEASURED AT RIGHT ANGLES, FROM THE NORTH LINE THEREOF AND WHICH NORTH LINEIS DESCRIBED AS FOLLOW

BEGINNING AT THE MOST EASTERLY CORNER OF THE PARCEL OF LAND DESCRIBED IN THE DEED FROM OREN S MCATEE ET AL, TO FELIX M MCATEE DATED SEPTEMBER 6, 1946 AND RECORDED SEPTEMBER 10 1946 IN BOOK 923 OF OFFICIAL RECORDS, PAGE 831, SAID POINT OF BEGINNING BEING THE NORTHWEST CORNER OF THE PARCEL OF LAND DESCRIBED AS PARCEL ONE IN THE DEED FROM R M MORFORD, ET UX TO ROBERT HENDERSON, ET UX, DATED APRIL 22, 1947 AND RECORDED MAY 1 1947 IN BOOK 1107 OF OFFICIAL RECORDS, AT PAGE 315, THENCE FROM SAID POINT OF BEGINNING ALONG THE NORTH LINE OF SAID HENDERSON PARCEL (1107 OR 315) AS FOLLOWS EASTERLY ALONG THE ARC OF A CURVE TO THE LEFT WITH A RADIUS OF 1582 47 FEET, 217 23 FEET, NORTH 38 DEGREES 56' EAST, 34 63 FEET, NORTH 78 DEGREES 23' EAST, 47 26 FEET AND NORTH 74 DEGREES 55' EAST, 50 8 FEET TO THE

SOUTHWEST LINE OF PACHECO BOULEVARD

APN: 161-250-012

which currently has the address of 4616 Pacheco Blvd., Martinez, Contra Costa. County, California, 94553 ("Property Address").

**FOR A VALUABLE CONSIDERATION,** in the amount of $105,000.00 dollars, given in hand and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged as of 08/21/2019.

**TO HAVE AND TO HOLD** all of Grantor's right, title and interest in and to the above described property unto the said Grantee, Grantee's heirs, administrators, executors, successors and/or assigns forever; so that neither Grantor nor Grantor's heirs, administrators, executors, successors and/or assigns shall have, claim or demand any right or title to the aforesaid property, premises or appurtenances or any party thereof.

_____
(Grantor's Signature)
Ms. Tiffany Nephew
(Grantor's Printed Name)

_____
(Grantee's Signature)
Mr. Erik J. Rose
(Grantee's Printed Name)

Signed in our presence:

_____
(Witness #1 Signature)
Pace Davis
(FIRST WITNESS NAME PRINTED)

_____
(Witness #2 Signature)
Angelica G.
(SECOND WITNESS NAME PRINTED)